Certificate Number: 17082-FLS-DE-041359952

Bankruptcy Case Number: 23-13258

17082-FLS-DE-041359952

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 21, 2026, at 6:13 o'clock PM MST, ZENAIDA I HERNANDEZ FERNANDEZ completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Florida.

Date: August 24, 2026

By: /s/Boglarka Brown

Name: Boglarka Brown

Title: Certified Credit Counselor